# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Kelvin K. Kennerly**

    vs.

**David M. Hozempa, Sr., et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:05-CV-130

    ____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    _X_   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED MARCH 3, 2005.

Dated:  May 2, 2005

*[signature]*
Clerk of Court

s/ S. Potter
By:  Deputy Clerk